1  Joseph R. Manning, Jr. (SBN 223381)
   DisabilityRights@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*

6  JAMES RUTHERFORD

7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CENTER INC, a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:20-cv-02392-JWH-SHK<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: November 17, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action.  Each party shall bear his or its own costs and attorneys' expenses.

                                          Respectfully submitted,

DATED : April 15, 2021        **MANNING LAW, APC**

                                          By: /s/ *Joseph R. Manning, Jr.*
                                              Joseph R. Manning, Jr.
                                              Attorney for Plaintiff
                                              James Rutherford